(May 27, 1910.)

B. L. STEEVES, Appellant, v. BANK OF WEISER, Respondent.

[109 Pac. 260.]

APPEAL from the District Court of the Seventh Judicial District of the State of Idaho, for the County of Washington. Hon. Ed. L. Bryan, Judge.

Action to recover from a stockholder taxes paid by the bank subsequent to the sale of such stock by the stockholder. Judgment for the plaintiff and defendant appealed. *Reversed.*

Ed. R. Coulter, for Appellant, citing same authorities given in *Shainwald v. Bank, ante,* p. 290, 109 Pac. 257.

Frank Harris, for Respondent.

Appellant contends that it was the duty of the respondent bank to pay the tax out of any surplus funds or undivided

---

*On account of illness, Justice Stewart did not participate further in the decisions of the court during the period covered by this volume.—REPORTER.

profits on hand, as the current expenses of banks are usually paid. We cannot admit this proposition, for two reasons: First, the appellant having sold his stock, as alleged in the stricken answer, owned no part of these funds from which he urges the tax should have been paid; and second, such a method would be inequitable as between the several shareholders of the bank, as some of them may have established credits and offsets against their assessment by reason of indebtedness owing by them, as provided by sec. 1683, Rev. Codes. (*First Nat. Bank of Weiser v. Washington Co.,* 17 Ida. 306, 105 Pac. 1053.)

AILSHIE, J.—This case was submitted at the same time and in conjunction with the case of *Shainwald v. First National Bank, ante,* p. 290, 109 Pac. 257, just decided; and it was understood and agreed that the decision in this case should follow the decision in that case. The decision in the Shainwald case is decisive of all the questions raised in this case, and upon the authority of that case the judgment in the present case will be *reversed* and the cause is hereby remanded. Costs awarded in favor of appellant.

Sullivan, C. J., concurs.